UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Lisa Renteria

Case No.: 19-25123/JNP
Chapter: 7
Judge: JNP

### NOTICE OF PROPOSED ABANDONMENT

JOSEPH D. MARCHAND, TRUSTEE in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on October 29, 2019 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom no. 4C. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
118 Chapel Avenue East
Cherry Hill, NJ
FMV - $189,000.00

Liens on property: Bayview - $256,547.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 19-25123-JNP
Lisa A Renteria                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2    Date Rcvd: Sep 25, 2019
                    Form ID: pdf905    Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2019.
```
db             +Lisa A Renteria,    118 Chapel Ave East,    Cherry Hill, NJ 08034-1204
518391564       Bayview Loan Servicing,    PO box 650091,    Dallas, TX 75265-0091
518391569      +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
518391570      +Deptartment Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
518391571       EOS CCA,    PO Box 981002,    Boston, MA 02298-1002
518391572      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
518391573      +Experian,    PO Box 4500,    Allen, TX 75013-1311
518391575      +KML Law Group, PC,    216 Haddon Ave.,    Suite 406,    Westmont, NJ 08108-2812
518391576      +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518391578      +Midland Credit Management,    PO Box 301030,    Los Angeles, CA 90030-1030
518391580      +N.J. EZ-Pass,    375 McCarter Highway (Route 21),    Newark, NJ 07114-2563
518391581      +NJ Higher Education,    PO BOx 548,    Trenton, NJ 08625-0548
518391584      +Pennsylvania Turnpike Commission,    Violation Processing Center,    300 East Park Drive,
                 Harrisburg, PA 17111-2729
518391587      +Professional Account Management, LLC,    P.O. Box 3032,    Milwaukee, WI 53201-3032
518391589      +State of New Jersey Division of Taxation,    Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
518391595      +Target,    Po Box 673,    Minneapolis, MN 55440-0673
518391594      +Target,    Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
518391598      +Township of Cherry Hill,    Attn: Tax Office,    820 Mercer St.,    Cherry Hill, NJ 08002-2688
518391599      +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 26 2019 00:31:39     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 26 2019 00:31:36     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518391567      +E-mail/Text: bankruptcy_notifications@ccsusa.com Sep 26 2019 00:32:21      CCS COM,
                 725 Canton Street,    Norwood, MA 02062-2679
518391565      +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 26 2019 00:33:11
                 Capital One Auto Finance,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518391566       E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 26 2019 00:33:11
                 Capital One Auto Finance,    Credit Bureau Dispute,    Plano, TX 75025
518404830      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 26 2019 00:33:02
                 Capital One Auto Finance, a division of,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
518391568      +E-mail/PDF: creditonebknotifications@resurgent.com Sep 26 2019 00:33:06     Credit One Bank,
                 P.O. Box 98872,    Las Vegas, NV 89193-8872
518391574      +E-mail/Text: cio.bncmail@irs.gov Sep 26 2019 00:30:47     Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
518391577      +E-mail/Text: bncnotices@becket-lee.com Sep 26 2019 00:30:34     Kohls/Capital One,
                 Po Box 3115,    Milwaukee, WI 53201-3115
518391579      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 26 2019 00:31:35     Midland Funding,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
518391582      +E-mail/Text: bkr@cardworks.com Sep 26 2019 00:29:18     Ollo Card Services,    Attn: Bankruptcy,
                 Po Box 9222,    Old Bethpage, NY 11804-9222
518391583      +E-mail/Text: bkr@cardworks.com Sep 26 2019 00:29:18     Ollo Card Services,    Po Box 9222,
                 Old Bethpage, NY 11804-9222
518391586       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 00:34:33
                 Portfolio Recovery,    120 Corporate Blvd Ste 100,    Norfolk, VA 23502
518391585       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 26 2019 00:33:48
                 Portfolio Recovery,    Attn: Bankruptcy,    120 Corporate Blvd,    Norfold, VA 23502
518391588      +E-mail/Text: bkrpt@retrievalmasters.com Sep 26 2019 00:31:35
                 Retrieval Masters Creditors Bureau, Inc,    4 Westchester Plaza Suite 110,
                 Elmsford, NY 10523-1616
518393796      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 00:34:11     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518391590      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 00:34:11     Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518391591      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 00:32:46     Synchrony Bank/ Old Navy,
                 Po Box 965005,    Orlando, FL 32896-5005
518391592      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 00:32:46     Synchrony Bank/Walmart,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
518391593      +E-mail/PDF: gecsedi@recoverycorp.com Sep 26 2019 00:34:10     Synchrony Bank/Walmart,
                 Po Box 965024,    Orlando, FL 32896-5024
518391597       E-mail/Text: bankruptcy@td.com Sep 26 2019 00:31:41     TD Bank,    32 Chestnut St,
                 Lewiston, ME 04240
518391596       E-mail/Text: bankruptcy@td.com Sep 26 2019 00:31:41     TD Bank,    Attn: Bankruptcy,
                 1701 Rt 70 E,    Cherry Hill, NJ 08034
518391600       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 26 2019 00:29:21
                 Verizon,    P.O. Box 4005,    Acworth, GA 30101-9006
                                                                                              TOTAL: 23
```

```
District/off: 0312-1          User: admin                Page 2 of 2              Date Rcvd: Sep 25, 2019
                              Form ID: pdf905            Total Noticed: 42

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2019 at the address(es) listed below:
          Joseph   Marchand     jdmarchand@comcast.net,   jmarchand@comcast.net;jmarchand@ecf.axosfs.com
          Rebecca Ann Solarz     on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company rsolarz@kmllawgroup.com
          Thomas G. Egner    on behalf of Debtor Lisa A Renteria tegner@mcdowelllegal.com,
           kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
           om;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 4
```