Certificate Number: 15111-NJ-DE-033531331

Bankruptcy Case Number: 19-25123



15111-NJ-DE-033531331

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 9, 2019</u>, at <u>5:59</u> o'clock <u>PM EDT</u>, <u>Lisa A Renteria</u> completed a course on personal financial management given <u>by internet</u> by <u>BE Adviser, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>October 9, 2019</u>        By:   <u>/s/Stephanie Sandison for Ryan McDonough</u>

Name:  <u>Ryan McDonough</u>

Title:  <u>Executive Director of Education</u>