**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Lisa A. Renteria          Case No.: 19-25123  JNP
                          Chapter: 7

**NOTICE OF HEARING ON REAFFIRMATION AGREEMENT**

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing**: Reaffirmation Agreement between Debtor(s) and Capital One Autp Finance

**Location of Hearing**: United States Bankruptcy Court
400 Cooper Street, Courtroom 4C
Camden, NJ

**Date and Time:**     Tuesday,  November 26, 2019 at 12:00 PM
                      or as soon as the matter may be reached.

**If the Debtor(s) would like to appear by phone or would like to request a more convenient time for the hearing, the Debtor(s) should contact the Court at 856-361-2358 not later than 5 days before the hearing date.  If Counsel for the Debtor intends to appear, you may contact the Court to request that the matter be heard at 10:00 a.m.**

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on October 30, 2019 the foregoing notice was served on the following:

Debtor(s)
Counsel for Debtor(s) via (CM/ECF)

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-25123-JNP
Lisa A Renteria                                                         Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Oct 31, 2019
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2019.
db              +Lisa A Renteria,    118 Chapel Ave East,    Cherry Hill, NJ 08034-1204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 01 2019 00:14:10
                 Capital One Auto Finance,    c/oAIS Portfolio Services, LP,    4515 N. Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Joseph Marchand    jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kyle Francis Eingorn    on behalf of Creditor    HVRML Trust 2019-1 keingorn@dbblegal.com
              Michael E. Brown    on behalf of Creditor    HVRML Trust 2019-1 mbrown@dbblegal.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company rsolarz@kmllawgroup.com
              Thomas G. Egner    on behalf of Debtor Lisa A Renteria tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 7