**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Lisa A Renteria<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0715<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–25123–JNP | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lisa A Renteria

11/27/19                                                           **By the court:**   Jerrold N. Poslusny Jr.
                                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                   Case No. 19-25123-JNP
Lisa A Renteria                                                          Chapter 7
         Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 2                  Date Rcvd: Nov 27, 2019
                               Form ID: 318                 Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.
db             +Lisa A Renteria,    118 Chapel Ave East,    Cherry Hill, NJ 08034-1204
cr             +HVRML Trust 2019-1,    c/o Dembo, Brown Burns LLP,     1300 Route 73, Suite 205,
                 Mount Laurel, NJ 08054-2200
518391564       Bayview Loan Servicing,    PO box 650091,    Dallas, TX 75265-0091
518391569      +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
518391570      +Deptartment Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
518391571       EOS CCA,   PO Box 981002,    Boston, MA 02298-1002
518391572      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
518391573      +Experian,   PO Box 4500,    Allen, TX 75013-1311
518391575      +KML Law Group, PC,    216 Haddon Ave.,    Suite 406,    Westmont, NJ 08108-2812
518391576      +Kohls/Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518391578      +Midland Credit Management,    PO Box 301030,    Los Angeles, CA 90030-1030
518391580      +N.J. EZ-Pass,   375 McCarter Highway (Route 21),      Newark, NJ 07114-2563
518391581      +NJ Higher Education,    PO BOx 548,    Trenton, NJ 08625-0548
518391584      +Pennsylvania Turnpike Commission,     Violation Processing Center,    300 East Park Drive,
                 Harrisburg, PA 17111-2729
518391587      +Professional Account Management, LLC,     P.O. Box 3032,    Milwaukee, WI 53201-3032
518391589      +State of New Jersey Division of Taxation,     Bankruptcy Section,    PO Box 245,
                 Trenton, NJ 08695-0245
518391598      +Township of Cherry Hill,    Attn: Tax Office,     820 Mercer St.,    Cherry Hill, NJ 08002-2688
518391599      +TransUnion,   PO Box 2000,    Chester, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QJDMARCHAND.COM Nov 28 2019 04:23:00      Joseph Marchand,    117-119 West Broad St.,
                 PO Box 298,   Bridgeton, NJ 08302-0228
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 28 2019 00:03:43       U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 28 2019 00:03:38       United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: AISACG.COM Nov 28 2019 04:23:00      Capital One Auto Finance,
                 c/oAIS Portfolio Services, LP,    4515 N. Santa Fe Ave,    Oklahoma City, OK 73118-7901
518391567      +EDI: CCS.COM Nov 28 2019 04:23:00      CCS COM,    725 Canton Street,    Norwood, MA 02062-2679
518391565      +EDI: CAPONEAUTO.COM Nov 28 2019 04:23:00      Capital One Auto Finance,    Attn: Bankruptcy,
                 Po Box 30285,   Salt Lake City, UT 84130-0285
518391566       EDI: CAPONEAUTO.COM Nov 28 2019 04:23:00      Capital One Auto Finance,    Credit Bureau Dispute,
                 Plano, TX 75025
518404830      +EDI: AISACG.COM Nov 28 2019 04:23:00      Capital One Auto Finance, a division of,
                 AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,     Oklahoma City, OK 73118-7901
518391568      +E-mail/PDF: creditonebknotifications@resurgent.com Nov 28 2019 00:10:40       Credit One Bank,
                 P.O. Box 98872,    Las Vegas, NV 89193-8872
518391574      +EDI: IRS.COM Nov 28 2019 04:23:00      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
518391577      +E-mail/Text: bncnotices@becket-lee.com Nov 28 2019 00:02:52       Kohls/Capital One,
                 Po Box 3115,   Milwaukee, WI 53201-3115
518391579      +EDI: MID8.COM Nov 28 2019 04:23:00      Midland Funding,     2365 Northside Dr Ste 300,
                 San Diego, CA 92108-2709
518391582      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 28 2019 00:12:22       Ollo Card Services,
                 Attn: Bankruptcy,    Po Box 9222,   Old Bethpage, NY 11804-9222
518391583      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Nov 28 2019 00:12:19       Ollo Card Services,
                 Po Box 9222,   Old Bethpage, NY 11804-9222
518391586       EDI: PRA.COM Nov 28 2019 04:23:00      Portfolio Recovery,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502
518391585       EDI: PRA.COM Nov 28 2019 04:23:00      Portfolio Recovery,    Attn: Bankruptcy,
                 120 Corporate Blvd,    Norfold, VA 23502
518391588      +EDI: RMCB.COM Nov 28 2019 04:23:00      Retrieval Masters Creditors Bureau, Inc,
                 4 Westchester Plaza Suite 110,    Elmsford, NY 10523-1616
518393796      +EDI: RMSC.COM Nov 28 2019 04:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518391590      +EDI: RMSC.COM Nov 28 2019 04:23:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
518391591      +EDI: RMSC.COM Nov 28 2019 04:23:00      Synchrony Bank/ Old Navy,    Po Box 965005,
                 Orlando, FL 32896-5005
518391592      +EDI: RMSC.COM Nov 28 2019 04:23:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
518391593      +EDI: RMSC.COM Nov 28 2019 04:23:00      Synchrony Bank/Walmart,    Po Box 965024,
                 Orlando, FL 32896-5024
518391597       EDI: TDBANKNORTH.COM Nov 28 2019 04:23:00      TD Bank,    32 Chestnut St,    Lewiston, ME 04240
518391596       EDI: TDBANKNORTH.COM Nov 28 2019 04:23:00      TD Bank,    Attn: Bankruptcy,    1701 Rt 70 E,
                 Cherry Hill, NJ 08034
518391594      +EDI: WTRRNBANK.COM Nov 28 2019 04:23:00      Target,    Attn: Bankruptcy,    Po Box 9475,
                 Minneapolis, MN 55440-9475
518391595      +EDI: WTRRNBANK.COM Nov 28 2019 04:23:00      Target,    Po Box 673,    Minneapolis, MN 55440-0673
```

```
District/off: 0312-1           User: admin              Page 2 of 2               Date Rcvd: Nov 27, 2019
                               Form ID: 318             Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518391600         EDI: VERIZONCOMB.COM Nov 28 2019 04:23:00      Verizon,   P.O. Box 4005,
                  Acworth, GA 30101-9006
                                                                                          TOTAL: 27

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 27, 2019 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Joseph Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
          Kyle Francis Eingorn    on behalf of Creditor    HVRML Trust 2019-1 keingorn@dbblegal.com
          Michael E. Brown    on behalf of Creditor    HVRML Trust 2019-1 mbrown@dbblegal.com
          Rebecca Ann Solarz    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company rsolarz@kmllawgroup.com
          Thomas G. Egner    on behalf of Debtor Lisa A Renteria tegner@mcdowelllegal.com,
           kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
           om;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 7
```