In Re:

Lisa Renteria

**Order Filed on November 27, 2019 by Clerk U.S. Bankruptcy Court District of New Jersey**

Case No.: 19-25123 JNP
Adv. No.:
Hearing Date: 11/26/2019

# ORDER REGARDING REAFFIRMATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED.**

**DATED: November 27, 2019**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

                                                            The Reaffirmation Agreement

between the Debtor(s) and \_\_\_\_\_Capital One Auto Finance _____

_____ is:
        (Creditor)

                                                      _____ Approved

                                                      \_\_\_X_____Disapproved.

However, the Court finds and concludes that the Debtor(s) has fully complied with deadlines of

11 U.S.C. Sections 521(a)(2), 521(a)(6) and 362(h).  Accordingly, Creditor must seek further

order of this Court in order to exercise any remedies under the subject installment agreement

with respect to any pre-petition non-monetary defaults thereunder.

       **IT IS FURTHER ORDERED** that in accordance with D.N.J. LBR 4001-2:

       A secured creditor does not violate the automatic stay imposed by § 362 of the
       Code or the discharge injunction imposed by § 524 of the Code when it sends any
       of the following documents to the debtor:

(1)                                                          a regular monthly
statement or payment coupon;

(2)                                                          a reminder statement
which is informational only and does not demand payment;

(3)                                                          a notice of the status of
an escrow account, including a notice regarding calculation of a new monthly payment
based on a change in the property tax or insurance premium; or

(4)                                                          a notice of an adjustment
to a variable rate monthly mortgage payment resulting from a change in the interest rate.

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 19-25123-JNP
Lisa A Renteria                                                         Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin              Page 1 of 1              Date Rcvd: Nov 27, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 29, 2019.
db          +Lisa A Renteria,    118 Chapel Ave East,    Cherry Hill, NJ 08034-1204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 29, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 27, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Joseph  Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.axosfs.com
              Kyle Francis Eingorn    on behalf of Creditor    HVRML Trust 2019-1 keingorn@dbblegal.com
              Michael E. Brown    on behalf of Creditor    HVRML Trust 2019-1 mbrown@dbblegal.com
              Rebecca Ann Solarz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company rsolarz@kmllawgroup.com
              Thomas G. Egner    on behalf of Debtor Lisa A Renteria tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com;egnertr62202@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 7